# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 6721 | **DATE** | 6/10/2005 |
| **CASE TITLE** | Muzikowski vs. Paramount Pictures Corp. et al | | |

**DOCKET ENTRY TEXT:**

**ENTER MEMORANDUM OPINION:** We adopt Judge Levin's report and recommendation and order Muzikowski's counsel to reimburse Paramount for attorneys fees in the amount of $50,915.25. Paramount's motion [132] to strike is denied and its motion [102] for summary judgment is granted. All matters in controversy having been resolved, final judgment is hereby entered.

■ [ For further detail see attached order.]

Docketing to mail notices.
Copy to Magistrate Judge Levin
*Mail AO 450 form.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|